IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

LARRY WILLIAMS,

        Petitioner,

vs.                                       Case No. 4:07-CV-116-SPM/WCS

MONICA DAVID,

        Respondent.
_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

**THIS CAUSE** comes before the Court upon the magistrate judge's "Report and Recommendation" (doc. 7).  On May 17, 2007 (doc. 5) and on June 18, 2007 (doc. 6), the magistrate judge gave Petitioner specific instructions on how to proceed with his § 2254 petition.  Petitioner was given multiple opportunities to comply with the magistrate judge's order to submit an <u>original</u> of his amended petition and a prisoner consent form and financial certificate (see doc. 5 and doc. 6).  To date, Petitioner has not complied with this order.  Additionally, on May 17, 2007 (doc. 5) and on June 18, 2007 (doc. 6), the magistrate judge reminded Petitioner that failure to comply with the court's order would result in dismissal of this case.

      The parties have both been furnished a copy of the order and have been

afforded an opportunity to file objections. On July 10, 2007, Petitioner filed an objection. Petitioner states that he did properly comply with the court's order. However, the documents filed by Petitioner were not the documents that the magistrate judge had directed him (on two occasions) to file. On June 28, 2007, Petitioner filed copies of an amended petition (instead of an original and two copies), a motion to proceed *in forma pauperis*, and a financial statement describing his financial status (instead of a prisoner consent form and financial certificate). Though the timing of Petitioner's filing was in compliance with the magistrate judge's June 18, 2007, order (doc. 6), the substance of the filing was not. To date, Petitioner has neither complied with the orders nor has he shown good cause for his failure to respond by filing a motion for reconsideration (see doc. 7).

Accordingly, pursuant to 28, U.S.C. § 636(b)(1), it is hereby

**ORDERED AND ADJUDGED** as follows:

1. The magistrate judge's Report and Recommendation (doc. 7) is adopted and incorporated by reference in this order.

2. This case is *dismissed without prejudice* and the clerk is directed to close the file.

**DONE AND ORDERED** this seventh day of August, 2007.

*s/ Stephan P. Mickle*
Stephan P. Mickle
United States District Judge